**2004–1699.  State v. Williams.**

Stark App. No. 2003–CA–00369, 2004-Ohio-3525. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause consolidated with 2004–1320, *State v. Williams*, Stark App. No. 2003–CA–00369, 2004-Ohio-3525; cause held for the decisions in 2004–1279 and 2004–

1696, *State v. Threatt*, Stark App. No. 2003CA00368, 2004-Ohio-3261; and briefing schedule stayed.
Pfeifer, J., dissents.